JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KRYSTAL DE LEON,

       Plaintiff,

       v.

ULTA SALON, COSMETICS & FRAGRANCE, INC, a Delaware Corporation, and DOES 1-20,

       Defendants.

Case No. 2:25−cv−10970−SVW−AS

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS

Having considered the Parties' stipulation, the Court hereby **ORDERS**:

1. The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorneys' fees and costs.

3. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement agreement.

//

//

//

4. All pending dates and deadlines are VACATED.

5. The Clerk is directed to close this case.

**IT IS SO ORDERED**

DATE: March 23, 2026

Hon. Stephen V. Wilson
District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS

Case No.:
2:25−cv−10970−
SVW−AS